```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION


LISA MILSON, individually and    )
in her capacity as mother of     )
her minor child, R.C., et al.,   )
                                 )
            Plaintiffs,          )
                                 )
       vs.                       )      No. 4:06-CV-797 CEJ
                                 )
CHRISTIAN A. SHEPARD, et al.     )
                                 )
            Defendants.          )
```

## ORDER

On February 8, 2007, the Court ordered plaintiffs to show cause why this action should not be dismissed without prejudice as to defendants Christian Shepard, Tiffany Brower, Teann Williams, and Michael Shinkle because it did not appear that proof of service had been timely made within 120 days after the filing of the complaint on May 17, 2006. Plaintiffs timely responded to the order and requested additional time to achieve service. The Court granted the request and instructed plaintiffs to file proof of service on defendants Shepard, Brower, Williams, and Shinkle not later than March 26, 2007.

To date, plaintiffs have not yet filed proof of service as to the above-named defendants. A review of the record in this case indicates that a summons as to defendant Christian A. Shepard was issued on March 26, 2007, but he has not been served.

Accordingly,

**IT IS HEREBY ORDERED**, pursuant to Fed. R. Civ. P. 4(m), that this action is **dismissed without prejudice** as to defendants Tiffany Brower, Teann Williams, and Michael Shinkle.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate Tiffany Brower, Teann Williams, and Michael Shinkle as parties in this action.

**IT IS FURTHER ORDERED** that plaintiffs shall file proof of service upon defendant Christian A. Shepard not later than **April 26, 2007.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 18th day of April, 2007.