```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

LISA MILSON,                          )
                                      )
            Plaintiff,                )
                                      )
     vs.                              )    No. 4:06-CV-797 CEJ
                                      )
CHRISTIAN A. SHEPARD, et. al.,        )
                                      )
                                      )
            Defendants.               )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to dismiss this action without prejudice as to all defendants. The motion is unopposed and will therefore be granted.

The Court will also dismiss the pending cross-claim asserted against defendant Christian Shepard. Because it contains claims that are based on state law and there is not complete diversity among the co-defendant parties to the cross-claim, the Court declines to exercise supplemental jurisdiction over the cross-claim. See United Mine Workers v. Gibbs, 383 U.S. 715, 726 (1966).

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's unopposed motion [# 47] to dismiss the complaint without prejudice against all defendants is **granted.**

**IT IS FURTHER ORDERED** that the cross-claim against defendant Christian Shepard is **dismissed**.

                                    _____
                                            CAROL E. JACKSON
                                    UNITED STATES DISTRICT JUDGE

Dated this 14th day of January, 2008.